**Motion is MOOT; Order filed December 17, 2020.**



### In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00762-CV

———————

### NASSER CHEHAB, Appellant

### V.

### WILLIAM PAT HUTTENBACH HIRSCH AND WESTHEIMER, P.C., Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-49215**

## ORDER

Appellant's motion to extend time to pay court fee is MOOT. The appeal was dismissed on other grounds on December 15, 2020.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Poissant.